AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
*Eastern District of Washington*

ROBERT WAGGY,
      Plaintiff,

      v.

UNITED STATES,
      Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-106-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is dismissed with prejudice pursuant to the Order Granting Defendant United States' Motion to Dismiss entered on June 18, 2009, Ct Rec 9.

| | |
|---|---|
| June 18, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |